

**SO ORDERED,**

**Judge Jason D. Woodard**

**United States Bankruptcy Judge**

**The Order of the Court is set forth below. The case docket reflects the date entered.**

## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE NORTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                    CHAPTER 13 NO.:

HELEN WILSON                                          15-14068-JDW

### ORDER RE: MOTION TO DISMISS (Dkt. #11)

THIS MATTER came before the Court on *Trustee's Motion to Dismiss* and response(s) thereto; and the Court being advised that Trustee requests to withdraw her motion as Debtor remitted sufficient funds for confirmation of this case.

IT IS THEREFORE ORDERED that *Trustee's Motion to Dismiss* shall be and is hereby withdrawn.

##END OF ORDER##

SUBMITTED BY:

/s/ G. Adam Sanford
ATTORNEYS FOR TRUSTEE
W. Jeffrey Collier (MSB 10645)
G. Adam Sanford (MSB 103482)
6360 I-55 North, Suite 140
Jackson, Miss.  39211
(601) 355-6661
ssmith@barkley13.com